Shelby Haley, Plaintiff-Appellee, v. Vina Wiggs, Defendant-Appellant.
Wallace Mick, Counterclaimant, v. Shelby Haley, Counterdefendant-Appellee.

Term No. 56–O–10.

Fourth District.

February 5, 1957.

Released for publication February 26, 1957.

Hill & Hill, for appellant, Robert S. Hill, of counsel; Frank E. Troubaugh, and Stephen E. Brondos, for appellee. JUDGE BARDENS delivered the opinion of the court. Not to be published in full.